IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Joseph Conley

_____

_____

Plaintiff/Petitioner(s),

-vs-

Illinois Department
of Corrections.
ET. Al. Defendants.

_____

Defendant/Respondent(s).

Docket No. 11-13-MJR
(To be supplied by the Clerk)

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983
(State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331
(Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims
Act, 28 U.S.C. §1346, 2671-2680

FILED
JAN - 7 2011
SOUTHERN U.S. DISTRICT COURT
EASTERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

I. **JURISDICTION**

A. Plaintiff's mailing address and/or register number and present place of confinement.
Sheridan Correction Center.
4017 East 2603 Road, Sheridan Ill, 60551.

B. Defendant Michael P. Randle is employed as
(Name of First Defendant)
Director
(Position/Title)
with Illinois Department of Corrections.
(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?
Yes (✓)   No ( )
If your answer is "yes", briefly explain:
He was legally responsible for the operation of the Illinois Department of Corrections

Rev. 2/00

C.  Defendant __John L. Cox__ is employed as
    (Name of Second Defendant)
    __Warden__
    (Position/Title)
    with __Illinois Department of Corrections__
    (Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

Yes (✓)    No ( )

If your answer is "yes", briefly explain:
__He was legally responsible for the operation of Vienna Correctional Center.__

D.  Using the outline of the form provided, include the above information for any additional defendant(s).

II. **PREVIOUS LAWSUITS**

A.  Have you begun any other lawsuits in state or federal court relating to your imprisonment?

Yes ( )    No (✓)

B.  If your answer to "A" is "yes", describe the lawsuit(s) in the space below. (If there is more than one (1) lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.) **Failure to comply with this provision may result in summary denial of your complaint.**

Rev. 2/00

- 2 -

1. Parties to previous lawsuits:
   Plaintiff(s) _____
   _____

   Defendant(s) _____
   _____

2. Court (if Federal Court, name the District; if State Court, name the County) _____

3. Docket number _____

4. Name of Judge to whom case was assigned _____

5. Type of case (for example: Was it a Habeas Corpus or Civil Rights action?) _____

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

7. Approximate date of filing lawsuit _____

8. Approximate date of disposition _____

## III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? **YES**.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
   Yes (✓) No ( )

C. If your answer is "yes",
   1. What steps did you take? **I filed a grievance when I got to Big Muddy River. C.C. because my hand was broken in Vienna.C.C. Segregation. No legal material allowed...**
   2. What was the result? **It was denied.**

D. If your answer is "no", explain why not. _____

E. If there is no prisoner grievance procedure in the institution, did you complaint to prison authorities? Yes ( )   No (✓)

F. If your answer is "yes",
1. What steps did you take? N/A

2. What was the result? N/A

G. If your answer is "no", explain why not. I Filed a Grievance at Big Muddy River, C.C. Because I was In "Segregation" In Vienna Correctional Center. I did Complaint" While I was In Segregation." they don't allow you to have Writting material, or Legal material...

H. Attach copies of your request for an administrative remedy and the response(s) you received. If you cannot do so, explain why not: Yes! I will do that with this Compliant! I will Attach a copy of the Grievance.

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, the FACTS of your case. State who, what, when, where and how you feel your constitutional rights were violated. Do not cite cases or statutes. If you choose to submit legal arguments or citations, you must do so in a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, <u>attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits.</u>

<u>Only two (2) extra pages (8½ x 11") are permitted, if necessary, to complete your statement of claim.</u> Additionally, attach any relevant, supporting documentation.

On December, 22, 2009. While at Vienna Correctional Center. In Illinois. I was assaulted by a Inmate with a metal combination lock... Swinging the Lock toward my Head I block the Lock with my Right hand I heard a pop an felt a surge of excruciating pain... I Ask a Correctional Officer for Medical Care but was Not allowed to go to the health Care Unit at that time. On December. 22. 2009. at 8:00pm. I went to take my medication on the medication line. I showed Nurse J. Daymon my hand I Ask If I could have some pain medication and see a Doctor because it feel

like my hand Is broken an that I was In alot of pain. Nurse Daymon stated to me that I needed to sign up for sick call I told Nurse Daymon every time I try to use my hand I would experience alot of excruciating pain. Nurse Daymon denied me pain medication and refused to let me see a Doctor. On December. 23. 2009. at 8:00am. I went to take my medication again on medication line. I showed Nurse Stanford my hand I ask if I could have some pain medication an see a Doctor because It feel like my hand Is broken and every time I try to use my right hand I would experience alot of excruciating pain. Nurse Stanford stated to me that I would be call back down when medication line was over. Nurse Stanford never call me back down Nurse Stanford never gave me any pain medication. On December. 23. 2009. at 8:00pm. I showed Nurse Stauless my hand I ask if I could have some pain medication an see a Doctor because I could not use my hand. Nurse Stauless stated to me that She would call me back down when she got threw passing out the medication on the medication line. My right hand continued to worsened continued to swell up. Every time I tried to perform any activity I would experience excruciating pain. On December. 24. 2009. at 8:00 am. I went to take my medication on medication line. My right hand was swollen like a Boxing glove Discolorated all four fingers an thumb I showed Nurse Stanford my hand again I ask if I could have some pain medication an see a Doctor because I was in severe pain Nurse Stanford stated to me that I needed to sign up for "sick call" I told Nurse Stanford that I could not use my hand Nurse Stanford stated to me that I would be call back down. Nurse Stanford never call me back down never gave me any pain medication an refused to let me see a Doctor. On December. 24. 2009. at 8:00pm I went to take my medication on medication line again I showed Nurse Jane Doe or John Doe my hand I ask if I could have some pain medication an see a Doctor because I was in sever pain an that I could not move my hand. the Nurse stated to me that I would be call back down as soon as they got threw with the medication line. the nurse never call me back down the nurse never gave me any pain medication. "Each Nurse acted under the color of state law." See Attached Here To" the Complaint" Exhibits" A #/Medication Administration Record. the Nurses "Initial Signatures

- 5 -

That DENIED ME pain MEDication an REFused to let ME SEE a Doctor. ON DECEMBER. 24. 2009. at 8:45pm. I Complained to the Lieutenant the SEVER pain that I was IN I Ask IF I Could SEE a Doctor. The Lieutenant Exscorted me to the health care unit I saw NURSE tracy potts at that time my right hand was Swollen Like a boxing glove Discolorated all four Fingers and thumb I told NURSE potts that I got hit with a Combination Lock an that It FEEl Like My hand Is bROKEN and I NEED to SEE a DOCTOR an that I was IN alot of pain NURSE potts Examine My hand. NURSE potts Stated to me that he had to Call Doctor Birch on the telephone and Report his Suspicion of a possible, probible Fracture. When NURSE potts got threw talking to Doctor Birch over the telephone Doctor Birch Did Not ORDER a X-Ray or pain MEDication OVER the telephone. NURSE potts Stated to me that there Was Nothing that he Could Do, but give me Some ICE, IbupROFEN and put me on the Doctor Birch sick call line because OF the "Holiday" an that Doctor Birch want be back until Tuesday DECEMBER. 29, 2009. Doctor Birch Was "DELibeRately" "INdiFFERENT" to my SERouis MEDical NEEds because Doctor Birch Did Not want to InteRRupt HER "Holiday"... Doctor Birch acted under the Color of state Law... SEE Attached HERE to" the Complaint "EXHibits" "A #2. Nurse Tracy potts Examination and Injury Reports... I continued to Suffer before I Can See a Doctor... # 6 Days Later ON tuesday DECEMBER. 29. 2009. after the "Holiday" I saw Doctor Kim Birch She Examine my hand Doctor Birch ORdeRed a X-Ray Motrin, Ice In to Re-Evaluate me IN # 1 WEEK... The treatment For my bROKEN hand was "DElayed" For a Nonmedical Reason. R.N. Stanford Signed OFF on the Doctor ORdeRs and Examination. R.N Stanford acted Under the Color of State Law. "SEE Attached HERE to "the Complaint" EXHibits" A #3. Doctor Kim Birch ORdeRs Examination. "Wexford Health Source" has a policy oR practice that send Inmates From VIENNa CoRRectional Center, to Shawnee CoRRectional Center only ON Wednesday FoR X-Rays. NURSE Stanford oR NURSE JaNE Doe John Doe was Responsible FoR getting me Scheduled to go over to Shawnee CoRRectional Center... FoR the X-Ray'. the NEXT day Wednesday DECEMBER, 30 2009. but they Failed to take me over FoR X-Rays they Was "DELibeRately" "Indifferent" to my SERouis MEDical NEEds. I Constantly Complained to the NURSES Every time they maid there Segregation Rounds to give me my

-5-A

Medication the Nurses that came on the segregation told me to stop complaining that they would send me to get X-Rays when they got ready, to send me over to the nearby prison. I continued to suffer with excruciating pain in segregation. On January 5, 2010 #7 days later my follow-up examination was cancelled because of "Wexford Health Source" policy or practice sending inmates on Wednesday only to a nearby prison. Nurse. J. Brown signed off on the follow-up visit with Doctor Birch. R.N. Brown failed to take me to see the Doctor. R.N. Brown acted under the color of State Law. "See Attached Here to" the Complaint "Exhibits" A #4.. Outpatient Progress Notes".. I am suing each Defendants Individually and In official capacity... On January. 6. 2010. I saw Doctor Birch again in the Segregation unit I ask Doctor when was I going to get the X-Ray of my hand she was exscorted by a Lieutenant name Glenn Howard the L.T stated to me that the Van left already to go over to Shawnee Correctional Center. at that time Doctor Birch re-order the X-Ray. Each defendants acted under the color of State Law." See Attached Here to" the Complaint "Exhibit" A #4. R.N J. Brown signature on the outpatient Progress Notes. Illinois Department of Corrections" I believe has a policy or practice Sending inmate over to Shawnee. C.C. Only on Wednesday to get X-Rays... that policy or practice was "Deliberately Indifferent" to my serious medical needs. which "Delayed" proper medical treatment for my hand. and direct cause or moving force behind the harm to my hand. On January. 13. 2010. I was transferred to Big muddy River. Correctional Center then I was treated. "See Attached Here to" the Complaint "Exhibits" B" #1. diagnosis." B" #2. treatment... at the Neuromuscular Orthopaedic Institute. Doctor McIntosh. I have Permanent harm to my Right hand I have a bit of an extension Lag of my Right long finger" Constant pain" Constant swelling" Extensive physical therapy" See Attached Here to" the Complaint" Exhibit" B #3. the detrimental effect of the Delay in medical treatment. also "See Here to" Attached to the Complaint" Exhibits" A" the Response to my grievance regarding my medical treatment at Vienna Correctional Center. Each Defendants acted under the color of State Law. I was denied pain medication the first #48 hour.. When it was readily available to me for the severe pain in my Right hand A #8 Amendment violation was clearly established at that time I had the Right to be free from cruel and unusual punishment...

-5-B

Rev. 2/00

V.  REQUEST FOR RELIEF

State exactly what you want the Court to do for you. If you are a state or federal prisoner, and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records or parole release), you must file your claim on a Habeas Corpus form, pursuant to 28 U.S.C. §2254, 28 U.S.C. §2255, or 28 U.S.C. §2241.

Compensatory Damages, pain and suffering. Permanent extension lag of right long finger. Constant pain, swelling and physical therapy.

Punitive Damages. The defendants actions were motivated by evil motive, an intent, and reckless an callous indifference to my serious medical needs.

$50,000.00

VI.  JURY DEMAND *(check one box below)*

The plaintiff does ☑  does not ☐  request a trial by jury. *(See Fed.R.Civ.P. 38.)*

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I, the undersigned, certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

The plaintiff hereby requests the Court issue all appropriate service and/or notices to the defendant(s).

Signed this 4 day of January, 2011.

_____
Signature of Plaintiff

_____
Signature of attorney, if any