IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH CONLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 11-13-SCW |
| ) | |
| NURSE J. DAYMON, NURSE ) | |
| STANFORD and CAROL S. FAULESS, ) | |
| ) | |
| Defendant. | |

# ORDER

**WILLIAMS, Magistrate Judge:**

The Court having been advised by counsel for the parties that the above action has been settled but that additional time is needed to consummate the settlement, the Clerk of Court is **DIRECTED** to enter judgment dismissing this action with prejudice AS TO Defendants Daymon, Stanford, and Fauless, and without costs 60 days from the date of this Order. Should the parties fail to consummate settlement within 60 days, they may petition the Court to delay entry of judgment.

In light of the parties' settlement, the Court **DENIES as moot** all pending motions and **VACATES** the trial setting.

IT IS SO ORDERED.

DATED: February 28, 2014

/s/ Stephen C. Williams
**STEPHEN C. WILLIAMS**
**United States Magistrate Judge**