IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOSEPHY CONLEY ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | No. | 11-13-SCW |
| ) | | |
| MICHAEL P. RANDLE, JOHN L, COX, ) | | |
| DR. KIM BIRCH, NURSE J. BROWN, ) | | |
| NURSE J. DAYMON, ) | | |
| NURSE JANE/JOHN DOE #2, ) | | |
| NURSE JAN/JOHN DOE #3, ) | | |
| NURSE STANFORD, ) | | |
| NURSE STAULESS, ) | | |
| WEXFORD HEALTH SOURCES, INC., ) | | |
| JOHN DOE 1 CAROL S. FAULESS, ) | | |
| PENNY GEORGE, ) | | |
| Defendants. | | |

## JUDGMENT IN A CIVIL CASE

Defendants ILLINOIS DEPARTMENT OF CORRECTIONS, MICHAEL P. RANDLE and JOHN L COX were dismissed with prejudice and JOHN DOE #1 was dismissed without prejudice by an Order entered by District Judge Michael J. Reagan on September 14, 2011 (Doc. 12).

Defendant NURSE STAULESS was dismissed without prejudice by an Order on November 16, 2011 (Doc. 36).

Defendants NURSE JANE/JOHN DOE #2 and NURSE JANE/JOHN DOE #3, were stricken from the docket by an Order entered by Magistrate Judge Stephen C. Williams on February 1, 2012 (Doc. 54).

Defendants DR. KIM BIRCH, NURSE J. BROWN, WEXFORD HEALTH SOURCES, INC. and PENNY GEORGE were granted summary judgment by an Order on December 2, 2013 (Doc 134)

The remaining defendants NURSE J. DAYMON NURSE STANFORD and CAROL S. FAULESS, were ordered dismissed with prejudice pursuant to settlement by Magistrate Judge Stephen C. Williams on February 28, 2014 (Doc. 160).

IT IS HEREBY ORDERED AND ADJUDGED judgment is entered in favor of **ILLINOIS DEPARTMENT OF CORRECTIONS, MICHAEL P. RANDLE, JOHN L. COX, DR. KIM BIRCH, NURSE J. BROWN, WEXFORD HEALTH SOURCES, INC., PENNY GEORGE, NURSE J. DAYMON, NURSE STANFORD** and **CAROL S. FAULESS** and against Plaintiff **JOSEPH CONLEY**..

Dated:   September 15, 2014

**Justine Flanagan, Acting Clerk of Court**

**By: s//Angela Vehlewald**
**Deputy Clerk**

**Approved:  s//Stephen C. Williams**

      STEPHEN C. WILLIAMS
      UNITED STATES MAGISTRATE JUDGE